UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ST. LOUIS-KANSAS CITY CARPENTERS REGIONAL COUNCIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNK FLOORING, LLC, <br><br> Defendant. | Case No. 4:17-cv-01661-JAR |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiffs' motion for default judgment. (Doc. No. 14). Plaintiffs filed this action to obtain an accounting of Defendant UNK Flooring, LLC's books and records and collect delinquent fringe benefit contributions pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §§ 1132 and 1145.

On November 14, 2017, a Clerk's Entry of Default was entered as to Defendant. (Doc. No. 8). On January 2, 2018, the Court entered an order compelling an accounting and directed Defendant to submit its payroll registers and other documents needed to perform an audit. (Doc. No. 11). In their motion for default judgment, Plaintiffs seek judgment against Defendant in the amounts of $48,591.64 for delinquent contributions, $2,560.75 in interest, $10,121.57 for liquidated damages, and $1,372.68 for attorneys' fees and court costs. Plaintiffs have provided documentation supporting their assertion that they incurred these expenses. (Doc. Nos. 14-1 – 14-4.)

"Where default has been entered, the allegations of the complaint, except as to the amount of damages[,] are taken as true." *Carpenters' Dist. Council of Greater St. Louis and Vicinity v. Hard Rock Foundations, LLC*, No. 4:13CV01549 AGF, 2013 WL 6037097, at *2 (E.D. Mo. Nov.

14, 2013) (citation omitted). "In determining the amount of damages for a default judgment in an ERISA case brought by a plan against an employer, the court may rely on detailed affidavits or documentary evidence to determine the appropriate sum for the default judgment." *Painters Dist. Council 2 v. Grau Contracting, Inc.*, No. 4:10CV02339 AGF, 2012 WL 2848708, at *1 (E.D. Mo. July 11, 2012) (internal quotation omitted). A plaintiff is entitled to recover all of the principal contributions owed pursuant to the payroll examination, plus liquidated damages—totaling twenty percent of the delinquency—interest, attorneys' fees, and costs. *See* 29 U.S.C. § 1132(g)(2)(E). Damages must be proven by a preponderance of the evidence. *See Iron Workers St. Louis Dist. v. Arrow Fence, Inc.*, No. 4:11CV02019 AGF, 2013 WL 991658, at *2 (E.D. Mo. Mar. 13, 2013).

Upon review of the record,

**IT IS HEREBY ORDERED** that Plaintiffs' motion for default judgment (Doc. No. 14) is **GRANTED**.

A separate Judgment showing Defendant's full liability of $62,646.64 shall accompany this Memorandum and Order.

Dated this 28th day of March, 2018.

                                        JOHN A. ROSS
                                        UNITED STATES DISTRICT JUDGE